Honorable Karen L. Strombom

Robert Mitchell (WSBN 37444)
Attorney at Law, PLLC
901 N. Monroe Street, Ste 356
Spokane, WA 99201
Telephone: 509-327-2224
Facsimile: 509-327-3374
Email: bobmitchellaw@yahoo.com
*Attorney for Plaintiff, Bruce Melkonian*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| BRUCE MELKONIAN,<br><br>Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>Defendant. | NO. 2:11-cv-00289-KLS<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL |

**COME NOW** the parties and stipulating and agreeing to the entry of this Order of Dismissal, the Plaintiff being represented by his attorney, Robert Mitchell, and the Defendant by its attorney, Pamela Andrews, the parties having stipulated and agreed to the entry of this order NOW, THEREFORE, it is hereby:

**OREDERED, ADJUDGED AND DECREED** that the claims of the Plaintiff shall be and are hereby dismissed with prejudice and without an award of costs or attorney's fees. It is further:

**ORDERED, ADJUDGED AND DECREED** that the claims of the Defendant for or against the Plaintiff and/or his counsel heretofore arising shall be and are hereby dismissed with prejudice and without an award of costs or attorney's fees.

DATED this 1st day of August, 2011.

_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge

Presented by:

S//Robert Mitchell     DATED: 7-17-2011
Robert Mitchell (WSBN 37444)
Attorney at Law, PLLC
901 N. Monroe Street, Ste 356
Spokane, WA 99201
Telephone: 509-327-2224
Facsimile: 509-327-3374
Email: bobmitchellaw@yahoo.com
Attorney for Plaintiff

Notice of presentment waived:

ANDREWS SKINNER, P.S.


S//Pamela M. Andrews     DATED: 7-17-2011
Pamela M. Andrews (WSBN 14248)
Attorney at Law
645 Elliot Avenue, West
Suite 350

STIPULATED DISMISSAL    2

Seattle, WA 98119
Telephone: 206-223-9248
Facsimile: 206-623-9050
Email: pamela.andrews@andrews-skinner.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2011, I electronically filed the foregoing (Stipulated Dismissal) with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **NCO FINANCIAL SYSTEMS, INC.**, through its attorney: **PAMELA ANDREWS**, at: 645 Elliot Avenue, West, Suite 350, Seattle, WA 98119.

Dated this  17TH  day of July, 2011.

Respectfully submitted,

S/ Robert Mitchell
ROBERT MITCHELL (WSBA #37444)
ATTORNEY AT LAW, PLLC
901 North Monroe Street, Ste 356
Spokane, Washington 99201
Telephone: (509) 327-2224
Facsimile: (509) 327-3374
E-mail: bobmitchellaw@yahoo.com